# United States District Court — Violation Notice

(Rev. 12015)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC21 | 9366753 | SrA David | 530C |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | CFR / USC / State Code |
|---|---|---|
| 08/01/2019 1630 | Title 18 USCS 13 | |

**Place of Offense:** Lompoc Gate Search Pit — VAFB

**Offense Description:** CVC 23152(f): Driving Under Influence of Drugs — CIV

### DEFENDANT INFORMATION

- **Last Name:** Shaw
- **First Name:** Michael
- **MI:** L
- **Street Address:** [redacted]

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 6865881 | CA | 2004 | Nissan 4C | White |

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

- [X] A — If Box A is checked, you must appear in court. See instructions.
- [ ] B — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ____ Forfeiture Amount
$ $30 Processing Fee
$ ____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

U.S. Court
1415 State St.
Santa Barbara, CA 93101

X Defendant Signature: [signed]

Original - CVB Copy

*9366753*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01 August, 2019 while exercising my duties as a law enforcement officer in the Central District of California.

**Violation Number:** 9366753 / **Defendant:** MICHAEL L. SHAW

On 01August2019 at approximately 0800hrs, I was performing uniformed service at the Lompoc Gate Search Pit (Exclusive Jurisdiction) when I observed a White in color NISSAN 4C truck with California license plate [redacted] pull into the search pit. I signaled the driver to pull into the right lane using hand signals, but the driver ignored me and proceeded abnormally slowly into the left lane until he reached my position approximately 50-60ft from their starting position. I contacted the driver and identified him as MICHAEL L. SHAW via his Vandenberg AFB issued ID card. SHAW proceeded to open his doors and vehicle compartments for a consent search, but appeared to struggle with opening the NISSAN's hood. SHAW was talking to himself, spoke very slowly and quietly, appeared to have a hard time completing his thoughts when spoken to, appeared to have a difficult time maintaining his balance, and had bloodshot eyes. During the search, my partner, A1C OLIVERA found a red Skechers container with seven rolls of a green leafy substance. Him and A1C COLE identified as Marijuana due to its unique smell. OLIVERA and COLE are certified on recognizing the smell of Marijuana. Two tan cigar tubes were also found containing more rolls of the substance. Approximately seventeen rolls of the substance was counted. SHAW was directed off base to dispose of the Marijuana, and barely missed three yellow barriers leaving. SHAW returned approximately 10-15minutes later. SFST's were administered, and SHAW failed the Horizontal Gaze Nystagmus (HGN) and Walk and Turn (WAT) tests. SHAW was apprehended and cited with CVC 23152 (f): Driving under the Influence of Drugs, and CVC 21222(b): Domestic possession of Marijuana.

All information on the front of this notice is incorporated by reference herein.

The foregoing statement is based upon:
- [X] my personal observation
- [X] my personal investigation
- [X] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 08/01/2019 — Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____ — U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; 9 PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.

CVB SCAN 09/04/2019 11:6